CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Linda Bush
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GAMILE LEE YOUNGER, | ) | |
| Petitioner, | ) | Civil Action No. 7:06-cv-00572 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, DIRECTOR, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases, for failure to exhaust state court remedies,[1] and the action is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 26th day of September, 2006.

/s/ James C. Turk
Senior United States District Judge

---

[1] Petitioner may refile his federal habeas petition if he is unsuccessful in obtaining relief after presenting his claims to the Virginia Supreme Court through one of the three routes described in the memorandum opinion. Petitioner is advised, however, that his time to file state or federal habeas petitions is now limited. See 28 U.S.C. § 2244(d); Va. Code § 8.01-654(A)(2).